**Order entered May 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00448-CV
No. 05-19-00449-CV

**IN RE TIMOTHY A. FOLEY, Relator**

**Original Proceeding from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-52915-Y & F11-00194-Y**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's April 18, 2019 petition for

writ of mandamus.


/s/     LANA MYERS
         JUSTICE